# Third District Court of Appeal
## State of Florida

Opinion filed July 31, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2103
Lower Tribunal No. 2021-33275
_____

**Enrique Gomez, M.D.,**
Appellant,

vs.

**Department of Health,**
Appellees.

An Administrative Appeal from the State of Florida Department of Health, Board of Medicine.

Carpenter Law, Aileen M. Carpenter, and Alexander Angueira, for appellant.

Sarah Young Hodges, Chief Appellate Counsel (Tallahassee), for appellees.

Before FERNANDEZ, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.